FILED

01/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0516

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0516

_____

THERMAL DESIGN, INC., a Nebraska Corporation,

        Plaintiff, Counterclaim Defendant,
        and Appellee,

    v.

MARK DUFFY, an individual; PAM DUFFY, an
individual; CENTRAL COPTERS, INC., a Montana
corporation,

        Defendants, Counterclaim Plaintiffs,
        Plaintiffs, and Appellants,

STEVE THORSON, an individual, d/b/a TNT Building
Systems, a general partnership; TRAVIS THORSON,
an individual, d/b/a TNT Building Systems, a general
partnership,

        Defendants and Crossclaim Defendants,

STEEL CONCEPTS, LLC, an Idaho limited liability
company; and STEVE LARSON, an individual,

        Crossclaim Defendants.

O R D E R

_____

The record was filed for purposes of this appeal on November 24, 2021. We have
amended the caption to reflect the proper parties in this appeal. The opening brief is now
overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on
appeal no later than February 7, 2022. Failure to file the brief within that time will result
in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2022